IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROGER LAVOY DODD | § | |
| VS. | § | CIVIL ACTION NO. 9:23-cv-146 |
| DIRECTOR, TDCJ-CID | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner Roger Lavoy Dodd, an inmate confined in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus. This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for disposition.

Discussion

Petitioner complains that the United States Department of the Treasury and the Internal Revenue Service have improperly denied him two economic impact payments pursuant to the Coronavirus Aid, Relief, and Economic Security Act. He states he is entitled to receive such payments.

As stated above, Petitioner filed this action as a Petition for Writ of Habeas Corpus. A Petition for Writ of Habeas Corpus may only be used to challenge the fact or duration of an inmate's confinement. *Preiser v. Rodriguez*, 411 U.S. 475, 483 (1973); *Carson v. Johnson*, 112 F.3d 818, 820-21 (5th Cir. 1997). Even if Petitioner's claim is meritorious, his success would not entitle him to be released from prison sooner than would otherwise be the case. As a result, his claim may not

be presented via a Petition for Writ of Habeas Corpus.[1] His Petition should therefore be dismissed without prejudice.

### Recommendation

This Petition for Writ of Habeas Corpus should be dismissed without prejudice.

### Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

**SIGNED this the 4th day of October, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

---

[1] Under other circumstances, the court might liberally construe this filing as a civil rights lawsuit. However, Petitioner specifically states he is not filing a civil rights lawsuit. The court construes this statement to mean that Petitioner is not trying to file any type of lawsuit that is civil in nature.